No. 83–6560. MUNOZ v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6561. ROTHSCHILD v. LETTS ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6562. SCHMIDT v. SCHMIDT. Sup. Ct. Utah. Certiorari denied.

No. 83–6564. SALCEDO v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 83–6569. KOEHLER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 83–6571. COLEMAN v. SPEARS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6572. HOLLAND v. AGRICULTURE FEDERAL CREDIT UNION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–6576. MOLASKY v. WESTFALL ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–6578. PALMER v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 83–6585. ANTONELLI v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6586. BAILEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–6597. JERMOSEN v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 83–6598. CRUTCHFIELD v. FITZGERALD ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–6605. NOLL v. KEOHANE, WARDEN. C. A. 9th Cir. Certiorari denied.